Alexander R. Wheeler (SBN 239541).
alex@parris.com
Khail A. Parris (SBN 307296)
khail@parris.com
Daniel Eli (SBN 192019)
deli@parris.com
Artur Aziev (SBN 339488)
aaziev@parris.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone: (661) 949-2595
Facsimile:  (661) 949-7524

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RUTH HORWITZ WOTHERSPOON, DONALD JOHN WOTHERSPOON,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE UNITED INSURANCE COMPANY; INFINITY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-CV-07888-PA-AGR<br><br>[Assigned for all purposes to the Honorable Percy Anderson]<br><br>**ORDER TO REMAND CASE TO STATE COURT** |

[PROPOSED] ORDER TO REMAND CASE TO STATE COURT

# ORDER

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. This Action is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

2. Each party shall bear its own attorneys' fees and costs incurred in connection with the removal and subsequent remand of this Action, pursuant to this Stipulation and Order.

**IT IS SO ORDERED.**

Dated: September 09, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE